**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| IN RE: CERNER/ORACLE DATA BREACH LITIGATION. | ) | |
| VIVIAN DAVIS | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 25-00354-CV-W-BP |
| CERNER CORPORATION d/b/a Oracle Health, Inc., *et al.,* | ) | |
| Defendants. | ) | |

**CLERK'S ORDER OF DISMISSAL**

On the 24th day of November 2025, a Notice of Voluntary Dismissal of Plaintiff Matthew Davis was filed in Case Number 25-0259,

IT IS ORDERED that pursuant to the dismissal entered in Case Number 25-0259 on December 8, 2025, (Doc. 127), Matthew Page's claims are dismissed without prejudice.

.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
**/s/ Shauna Murphy-Carr**
Deputy Clerk

Date: December 8, 2025